```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Dean Davis, et al.**

    v.                                    Civil No. 11-cv-436-PB

**Jacob S. Ciborowski**
**Family Trust, et al.**


### O R D E R

The court has lost confidence in the ability of the parties to manage the litigation on their own.  A radical change in approach is required.  All pending motions are denied without prejudice.  No further motions may be filed without prior court approval.  The clerk shall set a status conference.  The parties shall meet and confer prior to the status conference and attempt to agree on a litigation plan that will permit this case to be resolved fairly and expeditiously without unnecessary motion practice.

    SO ORDERED.

                                                /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Court

September 6, 2012

cc:   Aaron Jesse Ginsberg, Esq.
       Cindy Robertson, Esq.
       Jack P. Crisp, Jr., Esq.