**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Dean Davis, et al.</u>

    **v.**                              Civil No. 11-cv-436-PB

<u>Jacob S. Ciborowski</u>
<u>Family Trust, et al.</u>

## O R D E R

The court has lost confidence in the ability of the parties to manage the litigation on their own.  A radical change in approach is required.  All pending motions are denied without prejudice.  No further motions may be filed without prior court approval.  The clerk shall set a status conference.  The parties shall meet and confer prior to the status conference and attempt to agree on a litigation plan that will permit this case to be resolved fairly and expeditiously without unnecessary motion practice.

    SO ORDERED.

                                    <u>/s/Paul Barbadoro</u>
                                    Paul Barbadoro
                                    United States District Court

September 6, 2012

cc:  Aaron Jesse Ginsberg, Esq.
     Cindy Robertson, Esq.
     Jack P. Crisp, Jr., Esq.