UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dean Davis, Gina Colantouni,
and James Piet

    v.                                Civil No. 11-cv-436-PB

Jacob S. Ciborowski Family
Trust, et al.


O R D E R

In light of Judge Barbadoro's order dated September 6, 2012 (doc. no. 94), the directive in my orders dated August 30 and 31, 2012 (doc. nos. 77 and 78) requiring the parties to address the outstanding issue of fees and expenses is stayed. I will revisit the issue following Judge Barbadoro's September 27, 2012, status conference with the parties.

    SO ORDERED.

                                                          Landya McCafferty
                                                          United States Magistrate Judge

September 7, 2012

cc:  Jack P. Crisp, Jr., Esq.
     Aaron Jesse Ginsberg, Esq.
     John P. LeBrun, Esq.
     Cindy Robertson, Esq.