UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Dean Davis, et.al.**

   v.                                    Case No. 11-cv-436-PB

**Jacob S. Ciborowski**
**Family Trust, et al.**

**O R D E R**

Plaintiffs, who are individuals with physical disabilities, sued defendants under the Americans with Disability Act, claiming that defendants discriminated against them by failing to provide access to Phenix Hall in downtown Concord, New Hampshire. Doc. No. 3. Defendants moved to dismiss or stay the case in light of Concord's Downtown Complete Streets Improvement Project, which is a plan to re-design and invigorate Main Street. Doc. No. 116. The Clerk shall set a status conference to discuss the substance of the city's project, its progress toward implementation, and its impact on this litigation. The parties shall jointly invite a city official with knowledge of the Complete Streets Project to attend the conference.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

July 29, 2013

cc:     Aaron J. Ginsberg, Esq.
        Cindy Robertson, Esq.
        James Ziegra, Esq.
        Jack P. Crisp, Jr., Esq.