```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

Dean Davis, et al.

   v.                                    Case No. 11-cv-436-PB

Jacob S. Ciborowski
Family Trust, et al.

## O R D E R

The time to respond to pending motions is stayed until further order of the court.  The time for pursuing any unresolved discovery disputes is also stayed.  Within seven days, the parties shall submit a joint proposal regarding mediation.

    SO ORDERED.

```
                              /s/Paul Barbadoro
                              Paul Barbadoro
                              United States District Judge
```

August 14, 2013

cc:   Aaron J. Ginsberg, Esq.
      Cindy Robertson, Esq.
      James P. Ziegra, Esq.
      Jack P. Crisp, Esq.